DOUGLAS K. deVRIES (SB#70633)
deVRIES LAW FIRM
1792 Tribute Road, Suite 480
Sacramento, CA  95815
Tel:    916/473-4343
Fax:    916/473-4342

ROBERT K. SCOTT  (SB#67466)
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618
Tel:    949/753-4950
Fax:    949/753-4949

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET E. SMITH, AN INCOMPETENT ADULT, BY AND THROUGH WALLACE RODERICK PALON, HER SON, BY POWER OF ATTORNEY,<br><br>Plaintiff,<br><br>vs.<br><br>BANKERS LIFE AND CASUALTY COMPANY, AND CONSECO, INC.<br><br>Defendants.<br>_____/ | No.  2:06-CV-02407-WBS-EFB<br><br>***EX PARTE* APPLICATION FOR COURT ORDER REQUESTING FILING UNDER SEAL; [PROPOSED] ORDER**<br><br>Date:         June 11, 2007<br>Time:        1:30 p.m.<br>Courtroom: 5<br>Judge:       Honorable William B. Shubb |

TO THE COURT AND ALL PARTIES OF RECORD:

   I, Douglas K. deVries, pursuant to Eastern District Local Rule 39-141, hereby apply on behalf of Plaintiff MARGARET E. SMITH, AN INCOMPETENT ADULT, BY AND THROUGH WALLACE RODERICK PALON, HER SON, BY POWER OF ATTORNEY, and

1  Defendants  BANKERS LIFE AND CASUALTY COMPANY, AND CONSECO, INC. and
2  their attorneys of record, for an order that certain documents pertaining to the Notice Of Motion For
3  Approval Of Compromise Of Pending Action Of An Incompetent Adult be filed under seal, as follows:
4      1.    Motion For Approval Of Compromise Of Pending Action Of An Incompetent Adult;
5           Verifications Of Douglas K. deVries And Wallace Roderick Palon; Exhibits (A-D); and
6      2.    (Proposed) Order Approving Compromise Of Pending Action Of An Incompetent Adult.
7     Plaintiff and Defendant agree that these documents should be field under seal due to the fact that
8  the proposed settlement is subject to a confidentiality agreement and also due to the fact that  sensitive,
9  privileged medical information contained in or referred to in the documents._____

11  Dated: _____2007                                      deVRIES LAW FIRM

13                                                   By:   /s/_____
                                                              DOUGLAS K. deVRIES

ORDER

The Court having read the Ex Parte Application for Court Order Requesting Filing Under Seal and the documents subject thereto, which have been served, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application be, and hereby is, granted. This order is subject to reconsideration, and the documents may be ordered unsealed upon the written application of any party.

**IT IS SO ORDERED**.

Dated: May 3, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE