1  DOUGLAS K. deVRIES (SBN70633)
   deVRIES LAW FIRM
2  1792 Tribute Road, Suite 480
   Sacramento, CA  95815
3  Tel:     916.473-4343
   Fax:    916.473-4342
4

5  ROBERT K. SCOTT  (SBN67466)
   LAW OFFICES OF ROBERT K. SCOTT
6  7700 Irvine Center Drive, Suite 605
   Irvine, CA 92618
7  Tel:     949.753-4950
   Fax:    949.753-4949

8  Attorneys for Plaintiff

9

10 Robert D. Phillips, Jr. (SBN 82639)
   Eugenia S. Chern (SBN 215092)
11 REED SMITH LLP
   1999 Harrison Street, Suite 2400
12 Oakland, CA  94612-3572

13 **Mailing Address:**
   P.O. Box 2084
14 Oakland, CA  94604-2084

15 Telephone:    510.763.2000
   Facsimile:    510.273.8832
16
   Attorneys for Defendants Bankers Life and
17 Casualty Company and Conseco, Inc.

18                 UNITED STATES DISTRICT COURT

19                 EASTERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| MARGARET E. SMITH, AN INCOMPETENT ADULT, BY AND THROUGH WALLACE RODERICK PALON, HER SON, BY POWER OF ATTORNEY,<br><br>Plaintiff,<br><br>vs.<br><br>BANKERS LIFE AND CASUALTY COMPANY, AND CONSECO, INC.,<br><br>Defendants. | Case No. 2:06-CV-02407-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable William B. Shubb |

– 1 –
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between plaintiff Margaret E. Smith, an incompetent adult, by and through Wallace Roderick Palon, her son, by power of attorney, and defendants Bankers Life and Casualty Company and Conseco, Inc., through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

The parties shall each bear their own costs and attorney fees.

DATED:  June 25, 2007.                           deVRIES LAW FIRM
                                                 LAW OFFICES OF ROBERT K. SCOTT


                                                 By      /s/ Douglas K. deVries
                                                     Douglas K. deVries
                                                     Attorney for Plaintiff Margaret E. Smith, an
                                                     incompetent adult, by and through Wallace
                                                     Roderick Palon, her son, by power of attorney


DATED:  June 26, 2007.                           REED SMITH LLP


                                                 By      /s/ Eugenia S. Chern
                                                     Robert D. Phillips, Jr.
                                                     Eugenia S. Chern
                                                     Attorneys for Defendants Bankers Life and
                                                     Casualty Company and Conseco, Inc.

**IT IS SO ORDERED.**


DATED:  June 29, 2007

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DOCSOAK-9876766.1